# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JAMES REER, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Civil No. 08-21-P-S |
| | ) |
| MICHAEL J. ASTRUE, Commissioner | ) |
| Of Social Security, | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 32) filed July 20, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Plaintiff's Motion to Extend Time to File his Fee Petition *nunc pro tunc* to April 20, 2010 is **GRANTED**, and Plaintiff's Section 406(b) fee request in the sum of $7,299.50 is **GRANTED** provided that Plaintiff's counsel be directed to remit to his client the sum of $4,550 previously awarded in EAJA attorney fees.

        /s/ George Z. Singal
        United States District Judge

Dated this 10th day of August, 2010.